## 29067. LARRY v. BROWN.

This case is remanded to the trial court with direction.
*Remanded with direction. All the Justices concur.*

DECIDED SEPTEMBER 4, 1974.
Raymond Larry, *pro se.*

*Arthur K. Bolton, Attorney General,* for appellee.